C-13-20a(FTP)
(Rev. 5/04)

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | |
| | ) | |
| Felicia D. Lindsay | ) | No. B-05-84132 C-13D |
| | ) | **ORDER** |
| | ) | |
| Debtor(s) | ) | |

After notice and hearing in open Court on December 22, 2009, upon Motion to Dismiss by the Standing Trustee, and for sufficient reasons appearing, the presiding Judge in open Court directed that the Clerk enter the following Order of Dismissal; therefore, it is

ORDERED that this case is dismissed upon the grounds of failure of the Debtor to comply with the requirements of the plan, and it is further

ORDERED that the Standing Trustee is authorized to retain from any funds on hand in the case noticing costs in the amount of $.50 per notice plus $75.00 for expenses with the balance of the funds to be disbursed pursuant to the confirmed plan.

PARTIES TO BE SERVED
PAGE 1 OF 1
B-05-84132 C-13D

Felicia D. Lindsay
4911 Singing Woods Place
Durham, NC 27712

John T. Orcutt, Esq.
6616-203 Six Forks Road
Raleigh, NC 27615

Richard M. Hutson, II, Esq.
Standing Trustee
Post Office Box 3613
Durham, NC 27702